nal Defense Lawyers for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 90–757. CHISOM ET AL. *v.* ROEMER, GOVERNOR OF LOUISIANA, ET AL.; and
No. 90–1032. UNITED STATES *v.* ROEMER, GOVERNOR OF LOUISIANA, ET AL. C. A. 5th Cir. [Certiorari granted, 498 U. S. 1060.] Motion of the Solicitor General for divided argument granted.

No. 90–813. HOUSTON LAWYERS' ASSN. ET AL. *v.* ATTORNEY GENERAL OF TEXAS ET AL.; and
No. 90–974. LEAGUE OF UNITED LATIN AMERICAN CITIZENS ET AL. *v.* ATTORNEY GENERAL OF TEXAS ET AL. C. A. 5th Cir. [Certiorari granted, 498 U. S. 1060.] Motion of respondent Sharolyn Wood for divided argument denied. Motion of respondent F. Harold Entz for divided argument denied.

No. 90–952. CLARK ET AL. *v.* ROEMER, GOVERNOR OF LOUISIANA, ET AL. D. C. M. D. La. [Probable jurisdiction noted, 498 U. S. 1060.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 90–5721. PAYNE *v.* TENNESSEE. Sup. Ct. Tenn. [Certiorari granted, 498 U. S. 1076 and 1080.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 90–7228. IN RE ROSS. Petition for writ of habeas corpus denied.

No. 90–1152. IN RE STUBBLEFIELD; and
No. 90–7094. IN RE JACKSON. Petitions for writs of mandamus denied.

No. 90–6974. IN RE SASSOWER; and
No. 90–7000. IN RE SASSOWER. Petitions for writs of mandamus and/or prohibition denied.

No. 90–1038. CIPOLLONE, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF CIPOLLONE *v.* LIGGETT GROUP, INC., ET AL. C. A. 3d Cir. Certiorari granted.